FILED
CLERK, U.S. DISTRICT COURT

JUN 2 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA C. SQUIER, | No. EDCV 06-1324-RC |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE,[1]<br>Commissioner of Social Security, | |
| Defendant. | |

IT IS ADJUDGED that Judgment shall be entered in favor of defendant.

DATED: June 24, 2008

_____
ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Michael J. Astrue is substituted as the defendant in this action.

MDO-R&R\06-1324.JUD
6/23/08